929 A.2d 629

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Georgianna HAWKINS, Petitioner.**

Supreme Court of Pennsylvania.

June 21, 2007.

## *ORDER*

PER CURIAM.

AND NOW, this 21st day of June, 2007, the Petition for Allowance of Appeal is hereby **GRANTED,** and the Order of the Superior Court is **REVERSED.** *See Commonwealth v. Dickson,* 591 Pa. 364, 918 A.2d 95 (2007). The issue, as stated by Petitioner, is:

Did the Superior Court err as a matter of law when it reversed the learned trial judge, the Honorable Lillian H. Ransom[,] who for good and valid legal reasons refused to apply a minimum mandatory sentence upon [Petitioner]?